IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

***In re C. R. Bard, Inc.***
***Pelvic System Products Liability Litigation***
***MDL No. 2187***

**Civil Action No.** 2:13-CV-9105

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Bessie Bowling

2. Plaintiff Husband

   Emmett H. Bowling

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   ________________

4. State of Residence

   Tennessee

5. District Court and Division in which action is to be filed upon transfer from the MDL.

   Eastern District of Tennessee

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. C. R. Bard, Inc. (“Bard”)

   ☐ B. Sofradim Production SAS (“Sofradim”)

Revised: 1/4/13

☐ C. Tissue Science Laboratories Limited ("TSL")

☐ D. Ethicon, Inc.

☐ E. Ethicon, LLC

☐ F. Johnson & Johnson

☐ G. American Medical Systems, Inc. ("AMS")

☐ H. American Medical Systems Holdings, Inc. ("AMS Holdings")

☐ I. Endo Pharmaceuticals, Inc.

☐ J. Endo Health Solutions Inc. (f/k/a Endo Pharmaceutical Holdings, Inc.)

☐ K. Boston Scientific Corporation

☐ L. Mentor Worldwide LLC

☐ M. Coloplast A/S

☐ N. Coloplast Corp.

☐ O. Coloplast Manufacturing US, LLC

☐ P. Porges S.A.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

8.

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 9, 10 and 11
____________________________

____________________________

b. Other allegations of jurisdiction and venue

______________________________________________

______________________________________________

______________________________________________

______________________________________________

9. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☑ A. The Align Urethral Support System;
- ☐ B. The Align TO Urethral Support System;
- ☐ C. The Avaulta Anterior BioSynthetic Support System;
- ☐ D. The Avaulta Posterior BioSynthetic Support System;
- ☐ E. The Avaulta Plus Anterior Support System;
- ☐ F. The Avaulta Plus Posterior Biosynthetic Support System;
- ☐ G. The Avaulta Solo Anterior Synthetic Support System;
- ☐ H. The Avaulta Solo Posterior Synthetic Support System;
- ☐ I. The InnerLace BioUrethral Support System;
- ☐ J. The Pelvicol Acellular Collagen Matrix;
- ☐ K. The PelviLace BioUrethral Support System;
- ☐ L. The PelviLace TO Trans-obturator BioUrethral Support System;
- ☐ M. The PelviSoft Acellular Collagen BioMesh;
- ☐ N. The Pelvitex Polypropylene Mesh;
- ☐ O. The Uretex SUP Purbourethral Sling;
- ☐ P. The Uretex TO Trans-obturator Urethral Support System;
- ☐ Q. The Uretex TO2 Trans-obturator Urethral Support System; and
- ☐ R. The Uretex TO3 Trans-obturator Urethral Support System.

☐ S. Other

________________________________________

________________________________________

10. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- ☑ A. The Align Urethral Support System;
- ☐ B. The Align TO Urethral Support System;
- ☐ C. The Avaulta Anterior BioSynthetic Support System;
- ☐ D. The Avaulta Posterior BioSynthetic Support System;
- ☐ E. The Avaulta Plus Anterior Support System;
- ☐ F. The Avaulta Plus Posterior Biosynthetic Support System;
- ☐ G. The Avaulta Solo Anterior Synthetic Support System;
- ☐ H. The Avaulta Solo Posterior Synthetic Support System;
- ☐ I. The InnerLace BioUrethral Support System;
- ☐ J. The Pelvicol Acellular Collagen Matrix;
- ☐ K. The PelviLace BioUrethral Support System;
- ☐ L. The PelviLace TO Trans-obturator BioUrethral Support System;
- ☐ M. The PelviSoft Acellular Collagen BioMesh;
- ☐ N. The Pelvitex Polypropylene Mesh;
- ☐ O. The Uretex SUP Purbourethral Sling;
- ☐ P. The Uretex TO Trans-obturator Urethral Support System;
- ☐ Q. The Uretex TO2 Trans-obturator Urethral Support System; and
- ☐ R. The Uretex TO3 Trans-obturator Urethral Support System.

☐ S. Other

________________________________________

________________________________________

11. Date of Implantation as to Each Product

    03/19/2009

12. Hospital(s) where Plaintiff was implanted (including City and State)

    Harton Regional Medical Center

    Tullahoma, Tennessee

13. Implanting Surgeon(s)

    Mark Burson, MD

14. Counts in the Master Complaint brought by Plaintiff(s)

- ☑ Count I
- ☑ Count II
- ☑ Count III
- ☑ Count IV
- ☑ Count V
- ☑ Count VI
- ☑ Count VII (by the Husband)
- ☑ Count VIII
- ☐ Other ______________ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other ______________ (please state the facts supporting this Count in the space, immediately below)

Peyton P. Murphy

Attorneys for Plaintiff

Murphy Law Firm

Address and bar information:

Peyton P. Murphy (LSBA#22125)
Murphy Law Firm
7035 Jefferson Highway
Baton Rouge, Louisiana 70806
Telephone: (225) 928-8800
Facsimile: (225) 928-8802
Email: pmurphy@murphylfirm.com